**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL FLORES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R. BARNES, Warden<br><br>　　　　　　Respondent. | Case No. CV 13-03934 JLS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

///

///

///

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) respondent's Motion to Dismiss is granted with respect to Grounds Three and Four, and petitioner's request for a stay-and-abeyance as to those claims is denied; and (3) petitioner's request for a *Kelly* stay with respect to Grounds Two and Five is granted.

DATED: June 10, 2016

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE