# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FLORES, <br><br> Petitioner, <br><br> v. <br><br> R. BARNES, Warden, <br><br> Respondent. | Case No. CV 13-03934 JLS (AFM) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Third Amended Petition is denied and the action is dismissed with prejudice.

DATED: March 6, 2018

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE